UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| THOMAS BAYNE | ) |
| | ) |
| | ) |
| v. | ) |
| | )   2:25-cv-00570-JAW |
| | ) |
| KEVIN JOYCE | ) |

**ORDER AFFIRMING THE RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE AND IMPOSING *COK*
WARNING**

No objection having been filed to the Magistrate Judge's Recommended Decision, filed February 17, 2026 (ECF No. 19), the Recommended Decision is accepted.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

Accordingly, it is hereby ORDERED that the Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) be and hereby is DISMISSED without prejudice. Petitioner's Motion for Immediate Release (ECF No. 7), Motion for Summary Judgment (ECF No. 8), Motion for Order (ECF No. 15), and Motion for Immediate Action (ECF No. 18) are DISMISSED.

Furthermore, in the Recommended Decision, the Magistrate Judge described the history of Mr. Bayne's recent prolific and non-meritorious litigation in this District and recommends that the Court issue an order placing him on notice that filing restrictions may be in the offing. For the reasons set forth in the Recommended Decision and in accordance with *Cok v. Family Court of Rhode Island*, 985 F.2d 32, 35 (1st Cir. 1993), the Court expressly warns Mr. Bayne that he may be subject to filing restrictions in the future, if he persists filing non-meritorious complaints in this District.

It is further ORDERED that no certificate of appealability should issue in the event the Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 12th day of March, 2026